the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Homer Cummings* and *T. P. Gore* for petitioners. *Mr. A. F. Moss* for respondents.

No. 965. HUGHES, TRUSTEE, *v.* LAWYERS TRUST CO. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John F. Hughes* for petitioner. *Mr. Richard L. Sullivan* for respondent.

No. 966. RICHTER *v.* PRITCHARD, TRUSTEE. June 3, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. A. W. Richter* for petitioner. *Mr. Morris Karon* for respondent.

No. 968. UNION JOINT STOCK LAND BANK OF DETROIT *v.* EATON, RECEIVER. June 3, 1940. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Messrs. Ralph G. Martin, A. G. Masters,* and *Robert E. Gibbs* for petitioner. *Messrs. Will L. Gates* and *Edward E. Corn* for respondent.

No. 969. GAY UNION CORP., INC., ET AL. *v.* WALLACE, SECRETARY OF AGRICULTURE. June 3, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Leonard B. Levy, William C. Dufour,* and *John St. Paul, Jr.;* and *Miss Anna Judge Veters* for petitioners. *Solicitor General Biddle, Assistant Attorney General Arnold,* and *Messrs. Hugh B. Cox, John S. L. Yost, W. Carroll Hunter,* and *Warner W. Gardner* for respondent.